# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Johnny Lee Gore, FCDC #3037797, )<br>(BOP #12801-050) )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>NFN Termel, Director of Florence )<br>County Detention Center; and )<br>Reginald Lloyd, United States Attorney )<br>for South Carolina, )<br>)<br>Respondents. )<br>_____ ) | Civil Action No.: 2:07-1181-CWH<br><br><br><br>**ORDER** |

On May 4, 2007, Johnny Lee Gore ("petitioner") commenced this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petitioner requested to be transferred from Florence County Detention Center to FCI Bennettsville. The petitioner has since been returned to FCI Bennettsville.

Therefore, the petitioner's motion is moot and therefore is denied.

**AND IT IS SO ORDERED**.

_____
**C. WESTON HOUCK**
**UNITED STATES DISTRICT JUDGE**

October 24, 2007
Charleston, South Carolina